```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    SELTON RICHARD STEWART
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,    )
12                               )   2:08-cr-00223-MCE
              Plaintiff,         )
13                               )   STIPULATION AND ORDER
         v.                      )
14                               )   DATE: March 26, 2009
    SELTON RICHARD STEWART,      )   TIME: 9:00 a.m.
15                               )   JUDGE: Hon. Morrison C. England Jr.
              Defendant.         )
16                               )
    _____)
17
```

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, SELTON RICHARD STEWART by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, March 26, 2009 be continued to Thursday, April 30, 2009 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 30, 2009

pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 24, 2009   Respectfully submitted,
                        DANIEL J. BRODERICK
                        Federal Defender

                        /S/ Benjamin Galloway
                        BENJAMIN GALLOWAY
                        Assistant Federal Defender
                        Attorney for Defendant
                        SELTON RICHARD STEWART


DATED: March 24, 2009   LAWRENCE G. BROWN
                        Acting United States Attorney

                        /s/ Benjamin Galloway for
                        MICHAEL BECKWITH
                        Assistant U.S. Attorney
                        Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 30, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE