1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   SELTON RICHARD STEWART
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,      )
12                                )    No. 2:08-cr-00223-MCE
                   Plaintiff,     )
13                                )
         v.                       )    **STIPULATION AND ORDER**
14                                )
   SELTON RICHARD STEWART,        )    DATE: April 30, 2009
15                                )    TIME: 9:00 a.m.
                   Defendant.     )    JUDGE: Hon. Morrison C. England Jr.
16                                )
   _____)
17

18

19      It is hereby stipulated and agreed to between the United States of

20  America through MICHAEL BECKWITH, Assistant U.S. Attorney, and

21  defendant, SELTON RICHARD STEWART by and through his counsel, BENJAMIN

22  GALLOWAY, Assistant Federal Defender, that the status conference set

23  for Thursday, April 30, 2009 be continued to Thursday, June 11, 2009 at

24  9:00 a.m..

        The reason for this continuance is to allow defense counsel
25
   additional time to review discovery with the defendant, to examine
26
   possible defenses and to continue investigating the facts of the case.
27
   ///
28

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 11, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 21, 2009      Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
SELTON RICHARD STEWART


DATED: April 21, 2009      LAWRENCE G. BROWN
Acting United States Attorney

/s/ Benjamin Galloway for
MICHAEL BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff




**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 11, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2