DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SELTON RICHARD STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SELTON RICHARD STEWART, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 08-223-MCE <br><br> **STIPULATION AND ORDER** <br><br> DATE: June 11, 2009 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Morrison C. England Jr. |

   It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, SELTON RICHARD STEWART by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, June 11, 2009 be continued to Thursday, July 16, 2009 at 9:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 16, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 9, 2009                Respectfully submitted,
                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /S/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   SELTON RICHARD STEWART


DATED: June 9, 2009                LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   /s/ Benjamin Galloway for
                                   MICHAEL BECKWITH
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff



**IT IS SO ORDERED.**

 Dated: June 9, 2009

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE