1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    SELTON RICHARD STEWART

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,    )
                                  )      Cr.S. 08-00223-MCE
13            Plaintiff,          )
                                  )      **STIPULATION AND ORDER**
14        v.                      )
                                  )      DATE: July 16, 2009
15   SELTON RICHARD STEWART,      )      TIME: 9:00 a.m.
                                  )      JUDGE: Hon. Morrison C. England Jr.
16            Defendant.          )
                                  )
17   _____)

18       It is hereby stipulated and agreed to between the United States of

19   America through MICHAEL BECKWITH, Assistant U.S. Attorney, and

20   defendant, SELTON RICHARD STEWART by and through his counsel, BENJAMIN

21   GALLOWAY, Assistant Federal Defender, that the status conference set

22   for Thursday, July 16, 2009 be continued to Thursday, August 27, 2009

23   at 9:00 a.m..

24       This continuance is being requested as the parties are working

25   toward a resolution of this matter, but need additional time to

26   finalize an agreement.

27       Speedy trial time is to be excluded from the date of this order

28   through the date of the status conference set for August 27, 2009

1  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to

2  prepare] (Local Code T4).

3

4  DATED: July 9, 2009            Respectfully submitted,
                                  DANIEL J. BRODERICK
5                                 Federal Defender

6                                 /S/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
7                                 Assistant Federal Defender
                                  Attorney for Defendant
8                                 SELTON RICHARD STEWART

9

10 DATED: July 9, 2009            LAWRENCE G. BROWN
                                  Acting United States Attorney
11
                                  /s/ Benjamin Galloway for
12                                MICHAEL BECKWITH
                                  Assistant U.S. Attorney
13                                Attorney for Plaintiff

14

15

16                          **O R D E R**

17
     **IT IS SO ORDERED.**  Time is excluded from today's date through and
18
   including August 27, 2009 in the interests of justice pursuant to 18
19
   U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
20
   T4.
21

22

23  Dated: July 14, 2009

24

25                                _____
                                  MORRISON C. ENGLAND, JR.
26                                UNITED STATES DISTRICT JUDGE

27

28

                              **2**