DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SELTON RICHARD STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br> SELTON RICHARD STEWART,          )<br>                                  )<br>            Defendant.            )<br> _____  ) | No. 2:08-cr-00223-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: August 27, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, SELTON RICHARD STEWART by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, August 27, 2009, be continued to Thursday, September 24, 2009, at 9:00 a.m..

This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 24, 2009,

pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 25, 2009             Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    SELTON RICHARD STEWART


DATED: August 25, 2009             LAWRENCE G. BROWN
                                    United States Attorney

                                    /s/ Benjamin Galloway for
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including September 24, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.


Dated: August 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE