DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SELTON RICHARD STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>   v.<br>SELTON RICHARD STEWART,<br>  Defendant. | Cr.S. 08-223-MCE<br>**STIPULATION AND ORDER**<br>DATE: March 4, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, SELTON RICHARD STEWART by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, February 25, 2010, be continued to a status conference/change of plea hearing for Thursday, March 4, 2010, at 9:00 a.m..

This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for March 4, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 17, 2010         Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /S/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 SELTON RICHARD STEWART


DATED: February 17, 2010         BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 MICHAEL BECKWITH
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 4, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: February 19, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**