```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-08-00223 MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) RESETTING STATUS CONFERENCE, |
| v. | ) AND EXCLUDING TIME UNDER THE |
| | ) SPEEDY TRIAL ACT |
| | ) |
| SELTON RICHARD STEWART, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Selton Richard Stewart, through his counsel of record, Benjamin D. Galloway, hereby stipulate and agree that the status conference set for March 11, 2010, be continued to March 18, 2010.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of March 18, 2010, for the status conference. Accordingly, the parties stipulate that time be excluded pursuant to Local Code

1

T4 - additional time to prepare.

IT IS SO STIPULATED.

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated: March 10, 2010        By:  /s/ Michael M. Beckwith
                                          MICHAEL M. BECKWITH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

DATED: March 10, 2010        By:  /s/ Benjamin D. Galloway
                                          BENJAMIN D. GALLOWAY
                                          Attorney for Defendant
                                          SELTON RICHARD STEWART

_____

**ORDER**

    UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

    The Court finds excludable time as set forth above to and including March 18, 2010

    **IT IS SO ORDERED.**

Dated: March 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2